# Grimshaw Law Group, P.C.

**Matthew W. Grimshaw**
matt@grimshawlawgroup.com
(208) 391-7860

December 7, 2023

<u>VIA CM/ECF FILING SYSTEM</u>

Honorable Mary Jo Heston
United States Bankruptcy Court for the W.D. of Washington
Tacoma Federal Courthouse Union Station
1717 Pacific Avenue, Ste. 2100
Tacoma, WA 98402-3233

    RE:    Request for Telephonic Appearance
             *In re Scott J. Edwards*
             Case No. 23-41650-MJH

To the Hon. Mary Jo Heston:

Matthew W. Grimshaw, the Subchapter V Trustee in the above-referenced case, requests permission to appear and participate telephonically in the hearing ("Hearing") on the United States Trustee's Objection to Debtor's Election to Proceed Under Subchapter V and Motion to Strike Subchapter V Designation, Dkt. 41. Currently, the Hearing is scheduled to occur on December 19, 2023, at 9:00 a.m.

Thank you for your consideration.

                                          Sincerely,

                                          */s/ Matthew W. Grimshaw*

                                          Matthew W. Grimshaw
                                          Subchapter V Trustee
                                          matt@grimshawlawgroup.com
                                          208-391-7860

**Idaho Office**                                            **California Office**
800 W. Main Street, Ste. 1460            26 Executive Park Ste. 250
Boise, Idaho 83702                            Irvine, California 92614